GREENBERG TRAURIG, LLP
Robert J. Herrington (SBN 234417)
Rebekah S. Guyon (SBN 291037)
*Herringtonr@gtlaw.com*
*GuyonR@gtlaw.com*
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: (310) 586-7700
Facsimile: (310) 586-7800

Attorneys for Defendant
American Airlines, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KAUFFMAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, INC.,<br><br>Defendant. | Case No. 3:22-cv-01524-DMS-WVG<br><br>Assigned to Hon. Dana M. Sabraw<br><br>**L.R. 7.2 JOINT MOTION TO TRANSFER VENUE PURSUANT TO FORUM SELECTION CLAUSE UNDER 28 U.S.C. § 1404(A)**<br><br>Complaint Filed:   October 6, 2022 |

Plaintiff David Kauffman and defendant American Airlines, Inc., by and through their respective counsel, hereby jointly move the Court and stipulate, pursuant to Civil Local Rule 7.2 and 28 U.S.C. § 1404(a), for an order to transfer this action to the Northern District of Texas in accordance with the parties' agreed-upon forum selection clause;

WHEREAS, pursuant to 28 U.S.C. § 1404(a), "[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil matter to any other district or division where it might have been brought";

WHEREAS, Plaintiff has been a member of American's AAdvantage loyalty program since August 6, 2020, and pursuant to his membership he agreed to the AAdvantage Terms and Conditions, including the Terms and Conditions' forum selection clause;

WHEREAS, the forum-selection clause in the AAdvantage Terms and Conditions Plaintiff agreed to provides that "[a]ny lawsuit brought by you related to your access to, dealings with, or use of the Site must be brought in the state or federal courts of Tarrant County, Texas," which is entirely within the Northern District of Texas;

WHEREAS, the Supreme Court has made clear that the Court may transfer this case to the Northern District of Texas pursuant to the parties' contractually agreed upon forum selection clause, *Atl. Marine Const. Co. v. U.S. Dist. Court for W. Dist. of Texas*, 134 S. Ct. 568, 581-83 (2013);

WHEREAS, Plaintiff and American consent to the transfer of this case to the Northern District of Texas pursuant to 28 U.S.C. § 1404(a) in accordance with the forum-selection clause in the AAdvantage Terms and Conditions that Plaintiff agreed to;

WHEREAS, counsel for the parties have further met and conferred, and agree that American's response to the Complaint, including pursuant to Fed. R. Civ. P. 12(b), should be extended to thirty (30) days after the action is filed in the Northern District of Texas;

WHEREAS, other than its consent to the transfer of this case to the Northern District of Texas, American reserves all rights, defenses, and arguments.

THEREFORE, Plaintiff and American, through their respective counsel of record,

stipulate, agree, and jointly request that the Court order that:

1. This matter is transferred to the Northern District of Texas pursuant to 28 U.S.C. § 1404(a) in accordance with parties' agreed-upon forum selection clause in the AAdvantage Terms and Conditions;

2. American's deadline to respond to the Complaint, including for the purpose of asserting Fed. R. Civ. P. 12(b) motions, is extended until thirty (30) days after the case is filed in the Northern District of Texas.

Respectfully submitted,

DATED: December 14, 2022            SWIGART LAW GROUP, APC

By:   /s/ *Joshua B. Swigart*
      Joshua B. Swigart
      josh@swigartlaw

      *Attorneys for plaintiff*
      *David Kauffman*

DATED: December 14, 2022            GREENBERG TRAURIG, LLP

By:   /s/ *Rebekah Guyon*
      Robert J. Herrington
      Rebekah S. Guyon
      *Herringtonr@gtlaw.com*
      *GuyonR@gtlaw.com*

      *Attorneys for defendant*
      *American Airlines, Inc.*

I, Rebekah S. Guyon, am the CM/ECF user whose ID and password are being used to file this JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT. I hereby attest that attorney for Plaintiff, on whose behalf this filing is jointly submitted has concurred in this filing.

 /s/ Rebekah Guyon
Rebekah S. Guyon