# UNITED STATES DISTRICT COURT

### Southern District of California

Office Of The Clerk
333 West Broadway, Suite 420
San Diego, California 92101
Phone: (619) 557–5600
Fax: (619) 702–9900

John Morrill,
Clerk of Court

December 16, 2022

Clerk, U.S. District Court
Texas Northern District Court
1100 Commerce Street, Room 1452
Dallas, TX752421310

Re: David Kauffman v. American Airlines, Inc., Case No. 3:22–cv–01524–DMS–WVG

Dear Sir or Madam:

Pursuant to Order transferring the above–entitled action to your District, we are electronically transmitting herewith our entire original file.

Sincerely yours,

John Morrill,
Clerk of the Court

By: s/ J. Petersen, Deputy Clerk

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants: