| | |
|---|---|
| **From:** | ecf_txnd@txnd.uscourts.gov |
| **Sent:** | Monday, December 19, 2022 10:25 AM |
| **To:** | CASDdb_interdistricttransfer_casd |
| **Subject:** | Transferred case has been opened |

CASE: 3:22-cv-01524

DETAILS: Case transferred from California Southern has been opened in Northern District of Texas as case 4:22-cv-01123, filed 12/19/2022.